**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6765**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES WILLIAM MCHAN, SR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Richard L. Voorhees, District Judge.  (CR-90-41, CA-98-79-3-2-V)

_____

Submitted:  July 10, 2001              Decided:  August 1, 2001

_____

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Charles William McHan, Appellant Pro Se.  Mark Timothy Calloway, United States Attorney, Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles W. McHan seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. McHan, Nos. CR-90-41; CA-98-79-3-2-V (W.D.N.C. Jan. 26, 2001). We deny the motion to amend the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED